UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD O'CONNOR,

    Plaintiff,

v.

Case No. 8:09-CV-1881-T-26TBM

PENNCRO ASSOCIATES, INC.

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, RICHARD O'CONNOR, and Defendant, PENNCRO ASSOCIATES, INC. by and through their undersigned counsel, and would represent to the Court that this matter has been amicably resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

This 5th day of January, 2010

_____
Matthew Kiverts, Esquire
Florida Bar No.: 0013143
Krohn & Moss, Ltd.
120 W. Madison Street, 10th Floor
Chicago, IL 60602
(323)988-2400
Attorney for Plaintiff

This 7th day of January, 2010

/s/Ernest H.Kohlmyer, Esquire
Ernest H. Kohlmyer, III, Esquire
Florida Bar No. 0110108
Bell, Roper & Kohlmyer, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
(407)897-5150
Attorney for Defendant